**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000591**
**09-JAN-2023**
**07:53 AM**
**Dkt. 55 ODMR**

NO. CAAP-22-0000591

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ESTATE OF VIVIAN T. LORD, by her PERSONAL REPRESENTATIVE WILLIAM H. GILLIAM, and WILLIAM H. GILLIAM individually, Plaintiffs-Appellants, v. LESLIE KOBATA, REGISTRAR, in his Official Capacity Only; PORTER McGUIRE KIAKONA & CHOW, LLP; PORTER McGUIRE KIAKONA, LLP; FOREST B. JENKINS; CHANG NISHIOT SIA NAKAMURA GOYA; JEFFREY H.K. SIA; DOROTHY P.H. MEISNER; SHANA MAGUIRE; HAWAII FIRST, INC. AND ASSOCIA, INC., dba ASSOCIA HAWAII; ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000508)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon review of the "Appellants' Motion to Reconsider Dismissal," filed on December 29, 2022, by self-represented Plaintiffs-Appellants Vivian T. Lord, by Her Personal Representative William H. Gilliam, and William H. Gilliam, individually (together, **Appellants**), the papers in support, and the record, it appears that Appellants request that this court reconsider its December 19, 2022 Order Dismissing Appeal for Lack of Appellate Jurisdiction and reinstate this appeal. Appellants fail to demonstrate that the court overlooked or misapprehended

any point of law or fact in dismissing this appeal.  Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, January 9, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge